IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

      VS.                                            :       Crim. No. _10-m-1835_

_ANTHONY ELONIS_                   :
**Defendant**

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.[1]

_____     _____
(Defendant's signature)                                  (Attorney's signature)

_BENJAMIN COOPER_
(Attorney's Name Printed), Assistant Federal Defender,
Federal Community Defender Office for Eastern District of Pennsylvania
601 Walnut Street, Suit 540 West, Philadelphia, PA 19106 (215-928-1100)

Date: _12-13-10_          Time: _4:00_ a.m. (p.m.)

---

[1] *See Maine v. Moulton*, 474 U.S. 159, 176 (1985) (holding Sixth Amendment violated when government obtains confession by knowingly circumventing accused's right to have counsel present in a confrontation between accused and government); *Edwards v. Arizona*, 451 U.S. 477, 484 (1981) (holding that once accused has expressed desire to deal with law enforcement only through counsel, no interrogation may take place in absence of counsel unless accused initiates communication with law enforcement); Pa. R. of Prof. Conduct 4.2 (barring communication with persons represented by counsel without consent of counsel) & R. 5.3 (responsibilities regarding nonlawyer assistants); 28 U.S.C. § 530B(a) (government attorneys bound by state ethical rules).